# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADAN RUBIO<br>        Defendant. | 8:15CR276<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Karen M. Shanahan to withdraw as counsel for the defendant, Adan Rubio (Filing No. 51). Donald L. Schense has filed an entry of appearance as retained counsel for Adan Rubio. Therefore, Karen M. Shanahan's motion to withdraw (Filing No. 51) will be granted.

Karen M. Shanahan shall forthwith provide Donald L. Schense any discovery materials provided to the defendant by the government and any such other materials obtained by Karen M. Shanahan which are material to Adan Rubio's defense.

The clerk shall provide a copy of this order to Donald L. Schense.

Dated this 11th day of February, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge