IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ADAN RUBIO,<br><br>                  Defendant. | 8:15CR276<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on February 12, 2020 for a preliminary hearing and detention hearing regarding Petition for Offender Under Supervision [36]. Donald Schense represented the defendant. Christopher Ferretti represented the government.

The defendant requested his preliminary hearing be continued. The government did not object. The court grants defendant's motion. The preliminary hearing is continued to 2/20/2020 at 11:00 a.m. in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska before Magistrate Judge Susan M. Bazis.

The government informed the court they were no longer seeking detention. Therefore, the defendant shall be released on the current terms and conditions of supervision to include the additional condition that the defendant shall not have any contact, direct or indirect, with RR-S.

      **IT IS SO ORDERED**.

Dated this 12th day of February, 2020.

                                                    BY THE COURT:

                                                    s/ Susan M. Bazis
                                                    United States Magistrate Judge