IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR276 |
| vs. | ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |
| ADAN RUBIO, | |
| Defendant. | |

The defendant appeared before the Court on February 20, 2020 for a preliminary hearing regarding Petition for Offender Under Supervision [36]. Donald Schense represented the defendant. Christopher Ferretti represented the government.

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge Joseph F. Bataillon in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:00 p.m. on April 7, 2020.

**IT IS SO ORDERED**.

Dated this 20th day of February, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge